**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-10066-CIV-MARTINEZ/Sanchez**

JAMES VIEGAS and
KERI LYNN VIEGAS,

Plaintiffs,

v.

MARK H. JONES, *et al.*,

Defendants.
_____________________________/

**OMNIBUS ORDER**

**THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a ruling on all pretrial, non-dispositive matters and for a Report and Recommendation on all dispositive matters. (*See* [ECF No. 49]). Judge Sanchez filed an Omnibus Report and Recommendation [ECF No. 66] ("R&R"), recommending that (1) Defendants' Motions to Dismiss [ECF Nos. 7, 11, 16, 17, 18] be granted in part; (2) Plaintiffs' Motions for Summary Judgment [ECF Nos. 27, 41] be denied without prejudice; (3) Plaintiffs be given leave to file an amended complaint; and (4) the stay in this case be lifted. (*See* R&R 2). Plaintiffs timely filed their Limited Objections [ECF No. 68]. Defendants Donna S. Glick, Jennifer M. Scott, and Kass Shuler, P.A. also timely filed their Limited Objections [ECF No. 69].

The Court has a duty to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). The Court also may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* Having conducted a *de novo* review of Defendants' Motions to Dismiss [ECF Nos. 7, 11, 16, 17, 18]; Plaintiffs' Motions for Summary Judgment [ECF Nos. 27,

41]; the issues presented in Plaintiffs' Limited Objections [ECF No. 68] and Defendants' Limited Objections [ECF No. 69]; the entire record; and relevant law, the Court has reached an independent conclusion that the R&R should be adopted and approved in its entirety. Specifically, the Court agrees with Judge Sanchez that (1) Plaintiffs' individual-capacity claims against Mark H. Jones and Devonna Alce are due to be dismissed *with* prejudice based on judicial immunity, and (2) some of Plaintiffs' proposed amended claims, as submitted, appear to be barred by the *Rooker-Feldman* doctrine.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that:

1. Plaintiffs' Limited Objections **[ECF No. 68]** are **OVERRULED**.
2. Defendants' Limited Objections **[ECF No. 69]** are sustained to the extent that the Court will require submission of a proposed amended complaint and a motion for leave to amend before Plaintiffs will be authorized to file an amended complaint.
3. Judge Sanchez's R&R **[ECF No. 66]** is **AFFIRMED** and **ADOPTED** as follows.
4. Defendants' Motions to Dismiss **[ECF Nos. 7, 11, 16, 17, 18]** are **GRANTED IN PART** as follows:
    a. Plaintiffs' claims against Defendants Mark Jones and Devonna Alce in their official capacities are **DISMISSED WITHOUT PREJUDICE** based on sovereign immunity and the Court's resulting lack of subject matter jurisdiction.
    b. Plaintiffs' claims against Defendants Mark Jones and Devonna Alce in their individual capacities are **DISMISSED WITH PREJUDICE** as barred by judicial and quasi-judicial immunity.

c. Plaintiffs' claims against the remaining Defendants are **DISMISSED WITHOUT PREJUDICE**.

5. Plaintiffs' Motion to Lift Stay, Reopen the Administratively Closed Case, Require Adjudication of Pending Motions, and for Leave to File Amended Complaint **[ECF No. 56]** is **DENIED**.
6. Plaintiffs' Motions for Summary Judgment **[ECF Nos. 27, 41]** are **DENIED WITHOUT PREJUDICE AS MOOT**.
7. Plaintiffs have until **September 30, 2026**, to file a motion for leave to amend the complaint to remedy the deficiencies identified in Judge Sanchez's Omnibus R&R and in the Motions to Dismiss. Any such motion shall be accompanied by a proposed amended complaint that remedies such deficiencies.
8. The Clerk is **DIRECTED** to lift the stay following Plaintiffs' submission and the Court's acceptance of an operative amended complaint. Until such time, this case shall remain administratively closed.

**DONE AND ORDERED** in Miami, Florida, this 15 day of September 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Sanchez;
All Counsel of Record
Plaintiffs, *pro se*